IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Wornick Company : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:11cv391 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Houston Casualty Company : | |
| : | |
| Defendant(s) : | |

ORDER

The plaintiff has filed an unopposed motion to adjust the scheduling order (Doc. 14). Such motion is hereby GRANTED and the Court hereby amends the scheduling order in this case as follows:

1.  Dates to exchange lists of expert witnesses
    and furnish copies of expert reports
        Party with burden of proof:    4/5/12
        Opponent:    5/7/12

2.  Discovery Cutoff    05/31/12

3.  Settlement Procedures

    A.  Plaintiff to make demand three weeks before the settlement conference.

    B.  Defendant to respond to demand two weeks before the settlement conference.

    C.  Each counsel must prepare and submit a letter to the Court with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel. Letters to be submitted one week before the settlement conference.

  D. Settlement Conference at

Attorneys attending settlement conference must bring the party or a principal with full settlement authority. By full settlement authority, the Court means the person or persons attending must have authority independently to make necessary financial and settlement decisions. **<u>Failure to follow this requirement will result in sanctions.</u>**

| | | |
|---|---|---|
| 4. | Last date to file dispositive motions not directed to the pleadings. (E.g. summary judgment motions) | 07/16/12 |
| | Memoranda contra due | 08/09/12 |
| | Reply memoranda due | 08/22/12 |

(These dates apply to any summary judgment motions filed on the last date allowed; dispositive motions filed earlier in the case shall be treated in accordance with S.D. Ohio L. R. 7.2).

| | | |
|---|---|---|
| 5. | Final Pretrial Conference at 10:00 a.m. | 10/26/12 |
| 6. | Trial to a Jury commencing at 9:30 a.m. | 12/03/12 |

  IT IS SO ORDERED.

                 ___s/Susan J. Dlott_____
                 Susan J. Dlott
                 United States District Court