IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Wornick Company, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case Number: 1:11cv391 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Houston Casualty Company, | : | |
| | : | |
| Defendant. | : | |

ORDER

On, June 1, 2012, this Court held a conference with all counsel of record. Based upon

such conference, the Court hereby amends the scheduling order in this case as follows:

1.      Discovery Cutoff                                                        07/31/12


2.      Settlement Procedures

        A.      Plaintiff to make demand three weeks before
        the settlement conference.

        B.      Defendant to respond to demand two weeks
        before the settlement conference.

        C.      Each counsel must prepare and submit a letter
        to the Court with the status of any settlement
        negotiations to date. These letters need not be
        filed with the Clerk's Office nor exchanged
        with opposing counsel. Letters to be submitted
        one week before the settlement conference.

        D.      Settlement Conference at

Attorneys attending settlement conference must bring the party or a principal with full settlement
authority. By full settlement authority, the Court means the person or persons attending must
have authority independently to make necessary financial and settlement decisions. **Failure to
follow this requirement will result in sanctions.**

3.      Last date to file dispositive motions not directed to
        the pleadings. (E.g. summary judgment motions)                      09/17/12

        Memoranda contra due                                                10/11/12

        Reply memoranda due                                                 10/25/12

(These dates apply to any summary judgment motions filed on the last date allowed; dispositive
motions filed earlier in the case shall be treated in accordance with S.D. Ohio L. R. 7.2).


4.      Final Pretrial Conference at 2:00 p.m.                              01/04/13


5.      Trial to a Jury for days
         commencing at 9:30 a.m.                                            02/19/13


        IT IS SO ORDERED.




                                        ____s/Susan J. Dlott_____
                                        Susan J. Dlott
                                        United States District Court