UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WORNICK COMPANY, | CIVIL ACTION NO.: 1:11-CV-391 |
| Plaintiff, | JUDGE SUSAN J. DLOTT |
| v. | |
| HOUSTON CASUALTY COMPANY, | |
| Defendant. | |

**ORDER GRANTING THE WORNICK COMPANY'S**
**UNOPPOSED MOTION TO ADJUST THE BRIEFING SCHEDULE**

Upon the unopposed motion of The Wornick Company,

**IT IS HEREBY ORDERED** that:

The Scheduling Order issued by this Court on June 11, 2012 [Docket No. 17] is extended by eight additional days, and that the Scheduling Order be adjusted as follows:

| | Original Date | New Date |
|---|---|---|
| Last date to file dispositive motions not directed to the pleadings (E.g. summary judgment motions) | 9/17/12 | 9/25/12 |
| Memoranda contra due | 10/11/12 | 10/19/12 |
| Reply memoranda due | 10/25/12 | 11/2/12 |

Dated: 9/14/12

_____
Judge Susan J. Dlott