IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WORNICK COMPANY, | ) CASE NO. 1:11-CV-391-SJD |
| Plaintiff, | ) |
| | ) CHIEF JUDGE SUSAN J. DLOTT |
| v. | ) |
| | ) **DEFENDANT HOUSTON CASUALTY** |
| HOUSTON CASUALTY COMPANY, | ) **COMPANY'S MOTION FOR SUMMARY** |
| | ) **JUDGMENT** |
| Defendant. | ) |
| | ) |

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant Houston Casualty Company respectfully moves this Court for summary judgment as a matter of law as to all the claims asserted against it.  As explained in the attached Memorandum in Support, Statement of Undisputed Facts, and accompanying exhibits, there are no genuine issues of material fact and Houston Casualty Company is entitled to judgment as a matter of law on each of Plaintiff the Wornick Company's claims.

A Memorandum in Support, Proposed Undisputed Facts, and Exhibits are attached hereto and incorporated by reference herein as if fully rewritten.

Respectfully submitted,

*s/ Kevin M. Young*
Kevin M. Young (0029715)
Karl A. Bekeny (0075332)
Jesse W. Thomas (0085253)
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Telephone:   216.592.5000
Facsimile:   216.592.5009
E-mail:       kevin.young@tuckerellis.com
              karl.bekeny@tuckerellis.com
              jesse.thomas@tuckerellis.com

*Attorneys for Defendant*
*Houston Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, a copy of **Defendant Houston Casualty Company's Motion for Summary Judgment, Memorandum in Support, and Proposed Undisputed Facts** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Kevin M. Young*
Kevin M. Young (0029715)
Karl A. Bekeny (0075332)
Jesse W. Thomas (0085253)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Tel:         216.592.5000
Fax:        216.592.5009
E-mail:     kevin.young@tuckerellis.com
             karl.bekeny@tuckerellis.com
             jesse.thomas@tuckerellis.com

*Attorneys for Defendant*
*Houston Casualty Company*

1517755