IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WORNICK COMPANY,<br><br>                              Plaintiff,<br><br>vs.<br><br>HOUSTON CASUALTY COMPANY<br><br>                              Defendant. | CASE No. 1:11-CV-391-SJD<br><br>CHIEF JUDGE SUSAN J. DLOTT<br><br>**THE WORNICK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff, The Wornick Company ("Wornick"), hereby moves for partial summary judgment against Defendant, Houston Casualty Company ("HCC"), on Counts I and II of Wornick's complaint. In support of this motion, Wornick submits the accompanying memorandum of law, statement of proposed undisputed facts, and accompanying exhibits.

Dated:    September 25, 2012

By:    /s/ Gregory A. Harrison

| | |
|---|---|
| Steven J. Pudell (admitted pro hac vice)<br>ANDERSON KILL & OLICK, P.C.<br>One Gateway Center<br>Suite 1510<br>Newark, NJ 07102<br>T: 973-642-5858<br>F: 973-621-6361<br>spudell@andersonkill.com | Gregory A. Harrison, Bar No. 0029814<br>DINSMORE & SHOHL LLP<br>1900 Chemed Center<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH 45202<br>T: 513-977-8200<br>F: 513-977-8141<br>greg.harrison@dinsmore.com |

nydocs1-995850.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below-listed trial counsel:

>Kevin M. Young
>Karl A. Bekeny
>Jesse W. Thomas
>TUCKER ELLIS & WEST LLP
>925 Euclid Avenue, Suite 1150
>Cleveland, OH 44115-1414

>/s/ Gregory A. Harrison
>Gregory A. Harrison
>DINSMORE & SHOHL LLP
>1900 Chemed Center
>255 East Fifth Street, Suite 1900
>Cincinnati, OH 45202
>P: 513.977.8314
>F: 513.977.8141