# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| THE WORNICK COMPANY, | : | Civil Action No.: 1:11-CV-391 |
| Plaintiff, | : | Judge Susan J. Dlott |
| vs. | : | |
| HOUSTON CASUALTY COMPANY, | : | ORDER GRANTING EXTENSION OF TIME FOR FILING REPLY BRIEFS ON CROSS MOTIONS |
| Defendant. | : | FOR SUMMARY JUDGMENT |

Upon the Joint Motion of the Parties in this case and for good cause shown,

**IT IS HEREBY ORDERED** that the time is extended until November 9, 2012, for the Parties to file their reply briefs on the cross motions for summary judgment.

Dated this 2nd day of ~~October~~ *November*, 2012.

_____
Judge Susan J. Dlott