IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Wornick Company

    vs.

Houston Casualty Company

Case Number: 1:11cv391

Chief Judge Susan J. Dlott

NOTICE

The Jury Trial previously scheduled for May 13, 2013 at 9:30 a.m. is hereby VACATED.

JOHN HEHMAN, CLERK

\_\_\_s/William Miller_____
William Miller
Case Manager
(513) 564-7630