AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Wornick Company

              V.

Houston Casualty Company

Case Number:   1:11cv391

Chief Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the Final Pretrial Conference on the below date and time has been converted into a Status Conference:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 |
|  | DATE AND TIME<br>May 3, 2013 at 2:00 p.m. |

JOHN HEHMAN, CLERK

\_\_\_s/William Miller_____
William Miller
Case Manager
(513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.