IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WORNICK COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOUSTON CASUALTY COMPANY,<br><br>　　　　Defendant. | ) CIVIL ACTION NO. 1:11-CV-391<br>)<br>) CHIEF JUDGE SUSAN J. DLOTT<br>)<br>) **NOTICE OF WITHDRAWAL OF**<br>) **ATTORNEY THOMAS**<br>)<br>)<br>)<br>) |

　　　　Pursuant to Local Rule 83.4(d), Attorney Jesse W. Thomas hereby provides notice of his withdrawal as Co-Counsel for Defendant Houston Casualty Company.  This Notice is also signed by Attorney Kevin M. Young, Trial Counsel for Defendant Houston Casualty Company, who represents that Houston Casualty Company has authorized the withdrawal of Attorney Jesse W. Thomas.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| *s/ Kevin M. Young* | *s/ Jesse W. Thomas* |
| Kevin M. Young (Trial Attorney) (0029715) | Jesse W. Thomas (0085253) |
| TUCKER ELLIS LLP | TUCKER ELLIS LLP |
| 925 Euclid Avenue, Suite 1150 | 925 Euclid Avenue, Suite 1150 |
| Cleveland, OH 44115-1414 | Cleveland, OH 44115-1414 |
| Telephone:　216.592.5000 | Telephone:　216.592.5000 |
| Facsimile:　216.592.5009 | Facsimile:　216.592.5009 |
| E-mail:　kevin.young@tuckerellis.com | E-mail:　jesse.thomas@tuckerellis.com |

*Attorney for Defendant*
　*Houston Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2013, a copy of the foregoing **Notice of Withdrawal of Attorney Thomas** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    *s/ Kevin M. Young*
Kevin M. Young (Trial Attorney) (0029715)
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Telephone:	216.592.5000
Facsimile:	216.592.5009
E-mail:	kevin.young@tuckerellis.com