IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE WORNICK COMPANY, | ) | CASE NO. 1:11-cv-391-SJD |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |
| HOUSTON CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk of Courts, All Parties and Counsel:

Please take notice of the change of address for Kevin M. Young (0029715) and Karl A. Bekeny (0075332), counsel for Defendant Houston Casualty Company in this matter. The new address is:

Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213

The telephone number, fax number, and e-mail address for Mr. Young and Mr. Bekeny remain the same.

Respectfully submitted,

*/s/Kevin M. Young*
Kevin M. Young (0029715)
Karl A. Bekeny (0075332)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
E-mail:        kevin. young@tuckerellis.com
               karl.bekeny@tuckerellis.com

*Attorneys for Defendant Houston Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2013, the foregoing *Notice of Change of Address* was sent via regular U.S. Mail, postage prepaid, and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below-listed counsel:

Gregory A. Harrison (0029814)  *Attorneys for Plaintiff*
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone:  513-977-8200
Fax:  513-977-8141
greg.harrison@dinsmore.com


Steven J. Pudell (admitted *pro hac vice*)
Anderson Kill & Olick, PC
One Gateway Center, Suite 1510
Newark, New Jersey 07102
Phone:  973-642-5858
Fax:  973-621-6361
spudell@andersonkill.com


        /s/Kevin M. Young
        Kevin M. Young (0029715)
        Karl A. Bekeny (0075332)
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone:  216.592.5000
        Facsimile:  216.592.5009
        E-mail:  kevin. young@tuckerellis.com
                karl.bekeny@tuckerellis.com

        *Attorneys for Defendant Houston Casualty Company*