AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Wornick Company

          V.

Houston Casualty Company

Case Number:   1:11cv391

Chief Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 |
| | DATE AND TIME |
| | August 19, 2013 at 10:00 a.m. |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.**

2. Each counsel must prepare and submit a letter no longer than five pages to the Court one week prior to the conference with a synopsis of the case and the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

                                            JOHN HEHMAN, CLERK

                                            ___s/William Miller_____<br>                                            William Miller<br>                                            Case Manager<br>                                            (513) 564-7630