IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WORNICK COMPANY, | ) CASE NO. 1:11-CV-391-SJD |
| Plaintiff, | ) |
| | ) CHIEF JUDGE SUSAN J. DLOTT |
| v. | ) |
| | ) |
| HOUSTON CASUALTY COMPANY, | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| Defendant. | ) |

Plaintiff The Wornick Company and Defendant Houston Casualty Company hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

1.      That all claims and causes of action asserted, or which could have been asserted by and between the parties, are dismissed with prejudice;

2.      That each of the respective parties shall bear their own litigation costs, expenses, and attorneys' fees.

Respectfully submitted,

_/s/ Gregory A. Harrison_
Gregory A. Harrison (0029814)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone:   513-977-8200
Facsimile:   513-977-8141
E-mail:      greg.harrison@dinsmore.com

Steven J. Pudell (admitted _pro hac vice_)
ANDERSON KILL & OLICK, PC
One Gateway Center, Suite 1510
Newark, NJ 07102
Telephone:   973-642-5858
Facsimile:   973-621-6361
E-mail:      spudell@andersonkill.com

_Trial Attorneys for Plaintiff_
_The Wornick Company_

_/s/ Karl A. Bekeny (per email authority)_
Kevin M. Young (0029715)
Karl A. Bekeny (0075332)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5009
E-mail:      kevin.young@tuckerellis.com
             karl.bekeny@tuckerellis.com

_Trial Attorneys for Defendant_
_Houston Casualty Company_